IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

JAMES ERIC JONES

                    Plaintiff,

         -vs-                                      CASE NO.

EDWARD MICHAEL, ALBERTO NEGRON
NIEVES and THE CITY OF ORLANDO

                    Defendants.
_____/

## C O M P L A I N T

COMES NOW the Plaintiff, JAMES ERIC JONES, by and through his undersigned
attorneys, and sues the defendants, Edward Michael, Alberto Negron Nieves and the City of
Orlando and as grounds therefore would show:

1.    This is an action for damages greater than $15,000.00 arising in Orange County,
Florida.

2.    The City of Orlando is a municipality located in Orange County, Florida.

3.    At all times material hereto, Edward Michael and Alberto Negron Nieves were
trained police officers employed by the City of Orlando Police Department.

4.    All notices and conditions precedent to the filing of this action have taken place or
have been waived, including the notice requirements of Florida Statute § 768.28.

5.    On or about January 22, 2013, Edward Michael and Alberto Negron Nieves
arrested JAMES ERIC JONES for resisting arrest without violence and trespassing after the
officers forcibly removed JAMES ERIC JONES and his party from the Rising Star Karaoke Bar
at Universal Orlando Resort in Orange County, Florida.

6.      While uniformed, acting under color of state law and without arguable probable cause, Alberto Negron Nieves pepper sprayed and battered JAMES ERIC JONES. The actions by Alberto Negron Nieves were entirely unjustified and constituted an unreasonable and excessive use of force.

7.      As a result of the battery by Alberto Negron Nieves on JAMES ERIC JONES, Jones suffered contusions, severe physical injuries requiring medical treatment, pain, mental anguish and suffering as well as incurring medical expenses, legal expenses, and loss of earnings.

8.      A Notice of No Information was entered and the charges against JAMES ERIC JONES were not prosecuted by the Court.

## COUNT I – EDWARD MICHAEL-FALSE ARREST

9.      The Plaintiff re-alleges the allegations contained in Paragraphs 1 through 8 as though fully set out herein.

10.     Defendant Edward Michael violated the Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 as follows:

    a.      By falsely arresting Plaintiff for resisting arrest without violence and trespassing; and

    b.      By unlawfully detaining Plaintiff.

11.     The actions by defendant Edward Michael caused damage to the plaintiff, JAMES ERIC JONES.

WHEREFORE, the Plaintiff, JAMES ERIC JONES requests that this Court enter judgment against Edward Michael for damages, costs and attorneys' fees pursuant to 42 U.S.C. § 1988 and other such relief as this Plaintiff may request. The Plaintiff further requests a trial by

jury.

## COUNT II – ALBERTO NEGRON NIEVES-EXCESSIVE FORCE

12.    The Plaintiff re-alleges the allegations contained in Paragraphs 1 through 8 as though fully set out herein.

13.    JAMES ERIC JONES was in the full care, custody and control of Alberto Negron Nieves, including being handcuffed behind his back.

14.    For no apparent reason, and with malice, Alberto Negron Nieves pepper sprayed and battered JAMES ERIC JONES.

15.    As a direct and proximate result of the aforementioned acts and/or omissions on the part of Alberto Negron Nieves, Plaintiff suffered a bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred medical expenses in the treatment of his injuries or alternatively suffered an aggravation of a previously existent condition, and he has lost earnings and his ability to earn money has been impaired.  His losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

16.    Defendant Alberto Negron Nieves violated the Plaintiff's civil rights pursuant to 42 U.S.C. § 1983 as follows:

      a.    By pepper spraying and battering Plaintiff;

      b.    By pepper spraying and battering Plaintiff while Plaintiff was handcuffed;

      c.    By falsely arresting Plaintiff for resisting officer without violence and trespass; and

      d.    By unlawfully detaining Plaintiff.

17.    The above actions by defendant Alberto Negron Nieves were so excessive and

violent in nature that they violate a clearly established law of which a reasonable officer would have known.

18.    The actions by defendant Alberto Negron Nieves caused damage to the plaintiff, JAMES ERIC JONES.

WHEREFORE, the Plaintiff, JAMES ERIC JONES requests that this Court enter judgment against Alberto Negron Nieves for damages, costs and attorneys' fees pursuant to 42 U.S.C. § 1988 and other such relief as this Plaintiff may request. The Plaintiff further requests a trial by jury.

## COUNT III – CITY OF ORLANDO

19.    The Plaintiff re-alleges the allegations contained in Paragraphs 1 through 8 as though fully set out herein.

20.    On or about January 22, 2013, Edward Michael and Alberto Negron Nieves were uniformed police officers employed by the City of Orlando. While in the custody and control of the City of Orlando Police Department, JAMES ERIC JONES was assaulted and battered by Edward Michael and Alberto Negron Nieves.

21.    The City of Orlando Police Department had a duty not to commit assault and battery on individuals, including but not limited to JAMES ERIC JONES.

22.    The City of Orlando, by and through its employees in the Orlando Police Department, is responsible for the conduct of its officers.

23.    The City of Orlando Police Department breached its duty to JAMES ERIC JONES by its employees assaulting and battering him for no apparent reason and caused damages to the Plaintiff.

24.    As a direct and proximate result of the aforementioned acts and/or omissions on

the part of the City of Orlando Police Department, Plaintiff suffered contusions, bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, incurred medical expenses in the treatment of his injuries or alternatively suffered an aggravation of a previously existent condition, and he has lost earnings and his ability to earn money has been impaired. His losses are either permanent or continuing in nature and Plaintiff will suffer these losses in the future.

WHEREFORE, the plaintiff, JAMES ERIC JONES, requests that this Court enter judgment against the City of Orlando for all amounts found due and owing. The Plaintiff further demands a trial by jury.

Dated this 3rd day of June, 2014.

**DELLECKER WILSON KING MCKENNA RUFFIER & SOS**
**A Limited Liability Partnership**

BY: <u>W. Doug Martin</u>
W. Doug Martin
Florida Bar No. 0024248
719 VASSAR STREET
ORLANDO,FL 32804-4920
(407) 244-3000
Attorney for Plaintiff
WDMeservice@dwklaw.com